

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00124-CV

| | | |
|---|---|---|
| In the Interest of A.E., A Child | § | From the 442nd District Court |
| | § | of Denton County (2009-21195-158) |
| | § | August 9, 2018 |
| | § | Opinion by Chief Justice Quinn |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Father shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Quinn
Chief Justice Brian Quinn